Set: 9:30AM
Started: 9:43 AM
Ended: 10:05 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE PEDRO A. DELGADO-HERNÁNDEZ**
COURTROOM DEPUTY CLERK: Verónica S. Otero Rivera
COURTROOM REPORTER: Zoom Recording

Date: December 1, 2021

### CASE NO. 3:17-CR-00596 (PAD)

|  | **Attorneys present** |
|---|---|
| United States of America | AUSA Vanessa Bonhomme |
| v. |  |
| Yamil Hernandez-Garcia (1) | Rachel Brill |
| Julio Angel Martinez-Rivera (3) | Ignacio Fernández-De-Lahongrais |
| Gabriel Caballero-Fuentes (4) | Artemio Rivera-Rivera (for Carlos M. Sánchez-La-Costa) |
| Jamilet Hernandez-Garcia (6) | José R. Gaztambide-Aneses (for Jorge Rivera Ortiz) |
| Christopher Saez-Quiles (7) | José R. Gaztambide-Aneses |
| Alexander Olivieri-Nieves (9) | José R. Gaztambide-Aneses (for Giovanni J. Canino) |
| Adames Perez-Sanchez (10) | José R. Gaztambide-Aneses (for Miguel Oppenheimer) |
| Angel Giovani Martinez-Rivera (11) | Artemio Rivera-Rivera |
| Melvin Caballero-Fuentes (12) | Rachel Brill (for Leonardo M. Aldridge) |
| Eddie Cintron-Hernandez (13) | Peter Diaz-Santiago |
| Wagner Javier Rojas-Batista (15) | Jason González-Delgado (*not present*) |
| Dan Joseph Rodriguez-Laracuente (18) | Diego H. Alcala-Laboy |
| Jose Agosto-Llopiz (21) | Diego H. Alcala-Laboy (for José L. Novas-Debien) |
| Harry Agosto-Llopiz (22) | Artemio Rivera-Rivera (for Héctor J. Dauhajre-Rodríguez) |
| Jesus Ramos-Tirado (27) | Marie L. Cortés-Cortés (*not present*) |
| Rosa Linda Andradez-Burgos (30) | José R. Gaztambide-Aneses (for Diana López-Feliciano) |
| Carol Hernandez-Pagan (31) | Rafael Anglada |
| Carlos Santini-Avellanet (32) | Thomas Trebilcock-Horan |

**Case Called for Status Conference.**

All parties were present via teleconference.

The government informed that discovery has been provided to all defendants and some defendants have engaged in plea negotiations.

Attorney Rachel Brill (1), also for attorney Leonardo Aldridge (12), informed that a trial date is necessary in this case to move forward towards resolution. As to defendant no. 12, she requested that a trial date be set.

Attorney Ignacio Fernandez (3) informed that, although defendant has not yet been returned to the jurisdiction, an order was issued for his return. He also informed that a global plea offer was received, which encompasses the instant case and another one pending in this district. Further, he joined attorney Brill's request for a trial date setting.

Case No. 3:17-CR-00596 (PAD)  Page 2 of 2
USA v. Hernández-García et al
December 1, 2021

Attorney Rivera-Rivera (11) informed defendant is also indicted in another case and the parties are looking for a joint resolution of both cases. Attorney Rivera-Rivera, for attorney Hector Dauhajre (22), informed that defendant no. 22 has received a plea offer and a meeting between attorney Dauhajre and the government is pending to discuss certain language in the agreement. Also, for attorney Sanchez-La-Costa (4), attorney Rivera-Rivera indicated that defendant no. 4 has sustained negotiations with the government and more time is needed.

Attorney Diaz-Santiago (13) informed that communication with the defendant has been difficult since he is outside the jurisdiction and renewed his request that he be brought back. The court granted his request and indicated that an order will be issued accordingly.

Attorney Alcala-Laboy (18) informed that a plea offer has been received and defendant is considering it. Attorney Alcala-Laboy, for attorney Novas-Debien (22), informed that defendant no. 22 is in negotiations with the government and counsel has sent him the latest offer by mail since he is currently housed at Tallahatchie Correctional Facility. Further, attorney Alcala-Laboy informed that defendants nos. 18 and 22 do not anticipate proceeding to trial but that a trial setting could serve to advance negotiations.

Attorney Gaztambide-Aneses informed that defendant no. 7 was recently transfer to the jurisdiction, parties are engaged in negotiations, but a trial setting could serve to advance negotiations. Attorney Gaztambide-Aneses, for attorney Jorge Rivera (6), informed that an offer was received, and defendant no. 6 does not anticipate proceeding to trial. As to defendants nos. 9, 10, and 30, attorney Gaztambide-Aneses, for attorneys Giovanni Canino (9), Miguel Oppenheimer (10), and Diana Lopez (30), informed that defendants are engaged in negotiations with the government and do not foresee proceeding to trial.

Attorney Rafael Anglada (31) informed that he was appointed relatively recent in the case and needs to meet with the government to discuss the next steps in the case.

Upon inquiry by the court, the government informed that the estimated length of trial in this case is 2-3 weeks, accounting for the services of an interpreter during witness testimony. The court encouraged the government to start working on its designation of evidence and scheduled one last status conference in January 2022, prior to setting a trial date. As to certain defendants' return to the jurisdiction, the court took the matter under advisement.

**A further status conference was set for January 14, 2022 at 9:30 AM, as to all remaining defendants. STA is tolled until the next status conference in the interest of justice. The Court found that the defendants' need to conduct negotiations outweighs the defendants' and the community's interest in a speedy trial.**

s/ Verónica S. Otero-Rivera
Verónica S. Otero-Rivera
Case Manager/Courtroom Deputy Clerk
to Hon. Judge Pedro A. Delgado-Hernández
U.S. District Court for the District of Puerto Rico