IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**In re: Ready-To-Try Cases with Trials Scheduled to Begin from January to October 2022 before the Hon. Pedro A. Delgado-Hernández**

## TRIAL CALENDAR*

Following is the court's updated ready-to-try calendar.

| | **Case** | **Date** | **Length**** |
|---|---|---|---|
| 1. | Criminal No. 20-108*** | February 15, 2022 | Estimated length of trial: 3 weeks |
| 2. | Criminal No. 16-159 | March 7, 2022 | Estimated length of trial: 4 weeks |
| 3. | Criminal No. 19-333 | April 4, 2022 | Estimated length of trial: 3-4 weeks |
| 4. | Criminal No. 16-536 | May 2, 2022 | Estimated length of trial: 3 weeks |
| 5. | Criminal Nos. 15-539 and 15-549 | May 23, 2022 | Estimated length of trial: 6 weeks |
| 6. | Criminal No. 18-261 | July 11, 2022 | Estimated length of trial: 1 week |
| 7. | Criminal No. 19-793 | July 11, 2022 | Estimated length of trial: 1 week |
| 8. | Criminal No. 20-404 | July 11, 2022 | Estimated length of trial: 2 weeks |
| 9. | Criminal No. 19-806 | July 11, 2022 | Estimated length of trial: 2 weeks |
| 10. | Criminal No. 17-596**** | July 18, 2022 | Estimated length of trial: 4-5 weeks |
| 11. | Criminal No. 19-714 | September 6, 2022 | Estimated length of trial: 1 week |
| 12. | Civil No. 18-1287 | September 20, 2022 | Estimated length of trial: 3 weeks |
| 13. | Criminal No. 18-023 | October 18, 2022 | Estimated length of trial: 3 months |

*Updated February 2, 2022.

**The court applied a multiplier to the parties' estimated length of trial to adjust for voir-dire; housekeeping sessions and interpreter services during trial; holidays; and the fact that Fridays will be off, given that the court anticipates devoting that time to conferences, sentencing, changes of plea, de novo, and similar hearings.

*** Trial originally scheduled on November 9, 2021, but rescheduled in light of the motions filed at Docket Nos. 136 and 145.

**** The first five (5) defendants will be tried first. In the event that a motion for change of plea is filed as to any of the initial five defendants, the next defendants in line shall be ready for trial on this date.

Case 3:17-cr-00596-PAD   Document 1114   Filed 02/02/22   Page 2 of 2

In re: Ready-to-try cases with trials scheduled to
begin from January to October 2022 before
the Hon. Pedro A. Delgado-Hernández
Page 2

In general, the court cannot responsibly arrange its busy civil and criminal dockets around the parties' or their attorneys' schedules. For this reason, **unless extreme circumstances beyond the parties' reasonable control dictate otherwise, trials will remain as set**. If trial in any of these cases consumes more time than anticipated, the parties in the case that is next in line shall be ready to try their case upon conclusion of the preceding trial. Depending on circumstances, other items may be interjected between trials, resulting in the displacement of scheduled trials to the next spot down the list.

Attorneys in civil cases are strongly encouraged to consent to the trial jurisdiction of U.S. Magistrate Judges, and engage in good faith settlement negotiation, for the extrajudicial resolution of disputes is the most efficient and effective way to end litigation.

The Clerk shall file a copy of this Order in all cases listed herein. An additional copy shall be notified to the United States Attorney's Office, the Federal Public Defender, and members of the Criminal Justice Act panel.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of February, 2022.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNÁNDEZ
U.S. DISTRICT JUDGE