Set: 9:30AM
Started: 9:50 AM
Ended: 10:13 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE PEDRO A. DELGADO-HERNÁNDEZ**
COURTROOM DEPUTY CLERK: Verónica S. Otero Rivera
COURTROOM REPORTER: Zoom Recording

Date: February 8, 2022

### CASE NO. 3:17-CR-00596 (PAD)

|  | **Attorneys present** |
|---|---|
| United States of America | AUSA Vanessa Bonhomme |
| v. | |
| Yamil Hernandez-Garcia (1) | Rachel Brill |
| Julio Angel Martinez-Rivera (3) | Ignacio Fernández-De-Lahongrais |
| Gabriel Caballero-Fuentes (4) | Carlos M. Sánchez-La-Costa |
| Jamilet Hernandez-Garcia (6) | Jorge E. Rivera-Ortiz |
| Christopher Saez-Quiles (7) | José R. Gaztambide-Aneses |
| Alexander Olivieri-Nieves (9) | José R. Gaztambide-Aneses (*for* Giovanni Canino-Sánchez) |
| Adames Perez-Sanchez (10) | Miguel Oppenheimer |
| Angel Giovani Martinez-Rivera (11) | Carlos M. Sánchez-La-Costa (*for* Artemio Rivera-Rivera) |
| Melvin Caballero-Fuentes (12) | Leonardo M. Aldridge |
| Eddie Cintron-Hernandez (13) | Peter Diaz-Santiago |
| Wagner Javier Rojas-Batista (15) | Ignacio Fernández-De-Lahongrais (*for* Jason González-Delgado) |
| Dan Joseph Rodriguez-Laracuente (18) | Diego H. Alcala-Laboy |
| Jose Agosto-Llopiz (21) | Rachel Brill (*for* José L. Novas-Debien) |
| Harry Agosto-Llopiz (22) | Jorge E. Rivera-Ortiz (*for* Héctor J. Dauhajre-Rodríguez) |
| Rosa Linda Andradez-Burgos (30) | José R. Gaztambide-Aneses (*for* Diana López-Feliciano) |
| Carol Hernandez-Pagan (31) | Rafael Anglada-López |
| Carlos Santini-Avellanet (32) | Thomas Trebilcock-Horan |

**Case Called for Status Conference.**

All parties were present via teleconference.

The government informed some defendants are currently engaged in plea negotiations and, depending on how negotiations evolve, the final designation of evidence will be filed.

As to defendant no. 22, attorney Rivera indicated a plea offer was received but additional time is needed to discuss certain language with the government. As to defendant no. 6, defendant is waiting for a draft plea agreement.

As to defendant no. 1, attorney Brill informed parties are seeking a joint resolution with 17-538 (PAD), and the defendant needs to be in the jurisdiction in order to move forward. As to defendant no. 21, parties are discussing an issue regarding the language in the plea agreement.

Case No. 3:17-CR-00596 (PAD)  Page 2 of 2
USA v. Hernandez-Garcia et al
February 8, 2022

Attorney Fernández informed defendant no. 3 is still outside the jurisdiction, but intends to plead guilty to this and another related case. As to defendant no. 15, attorney Fernández informed defendant intends to proceed to trial.

As to defendant no. 4, attorney Sánchez informed defendant is still outside the jurisdiction and does not intend to proceed to trial. As to defendants nos. 7 and 9, attorney Gaztambide informed a visit to the defendants is pending to discuss non-trial resolution. As to defendant no. 30, parties are close to resolving the case without proceeding to trial.

As to defendants nos. 10, 12 and 13, attorneys Aldridge, Oppenheimer, and Diaz informed they await defendants' return to the jurisdiction. Attorney Aldridge informed defendant no. 10 is headed for trial.

Attorney Anglada informed defendant no. 31 is still reviewing discovery. Attorney Trebilcock informed defendant no. 32 will likely file a change of plea motion soon. Attorney Alcala informed defendant no. 18 is engaged in plea negotiations.

**A further status conference was set for April 8, 2022 at 9:30 AM, as to all remaining defendants. STA was tolled until the next status conference in the interest of justice. The Court found that the defendants' need to conduct negotiations tendered outweighs the defendants' and the community's interest in a speedy trial.**

s/ Verónica S. Otero-Rivera
Verónica S. Otero-Rivera
Case Manager/Courtroom Deputy Clerk
to Hon. Judge Pedro A. Delgado-Hernández
U.S. District Court for the District of Puerto Rico
